PD-1389-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/20/2015 12:21:26 PM
Accepted 11/20/2015 1:32:40 PM
ABEL ACOSTA
CLERK

**NO. PD-1389-15**

---

**IN THE COURT OF CRIMINAL APPEALS OF TEXAS**

*Grant 600 words for total of 5100 words)*

*Cheryl Johnson*
*11/23/15*

---

**TIMOTHY JAMES LINDBERG, Appellant,**

**v.**

**STATE OF TEXAS, Appellee**

---

**APPELLANT'S MOTION FOR LEAVE TO EXCEED WORD LIMIT**

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

NOW COMES Appellant, Timothy James Lindberg, by and through his attorney of record Brian W. Salvant, and files this Motion for Leave to Exceed the Word Limit for a petition for discretionary review under Tex. R. App. Proc. 9.4(i)(2)(D), and in support thereof would respectfully show the following:

I.

Under Tex. R. App. Proc. 9.4(i)(2)(D), a petition for discretionary review to this Court must not exceed 4,500 words if computer-generated.

II.

Appellant's Petition for Discretionary Review, filed this day with this Motion, is 9,317 words in length, excluding the contents that are not to be included in calculating the length of a document pursuant to Tex. R. App.

Appellant's Motion for Leave to Exceed Word Limit                                                     1

Proc. 9.4(i)(1). Said Petition presents six questions/grounds for review.

## III.

Appellant's counsel believes his Petition for Discretionary Review is not unnecessarily lengthy and articulates the questions/grounds presented for review and the arguments in support thereof in a concise but thorough fashion. Reducing the length of the Petition to conform with the word limit set by Tex. R. App. Proc. 9.4(i)(2)(D) would severely undermine Appellant's arguments and prevent him from completely developing his case to this Court for review.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant him leave to exceed the word limit for his petition for discretionary review and therefore prays that this Court grant this Motion and allow him to file his Petition for Discretionary Review as is.

**Respectfully submitted,**

/s/ Brian Salvant
Brian Salvant
SBN 24008387
610 E. Weatherford St.
Fort Worth, Texas 76102
(817) 334-7997
(817) 334-7998 (fax)
brian@salvantlawfirm.com

## CERTIFICATE OF CONFERENCE AND SERVICE

The undersigned, Brian Salvant, certifies that he has been advised on this day that the Tarrant County District Attorney's Office does not oppose the granting of this motion and that a true copy of this document has been mailed this day to the appellate division of the Tarrant County District Attorney's Office located at 401 West Belknap Fort Worth Texas 76196 this 20th day of November, 2015.

/s/ Brian Salvant
Brian Salvant